O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DOUGLAS STEWART, | ) | Case No. CV 11-3375-RGK (OP) |
|---|---|---|
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| JAMES A. YATES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1      IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2  Recommendation; and (2) denying Respondent's Motion to dismiss as moot; and (3)
3  directing that Judgment be entered denying the Petition and dismissing this action
4  with prejudice.

7  DATED: April 9, 2012

  HONORABLE R. GARY KLAUSNER
  United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2